# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM SHELBY BAKER,

    Petitioner,

vs.

BUTTE COUNTY SUPERIOR COURT,

    Respondent.

3:09-CV-00017-LRH-(VPC)

**ORDER**

    The copy of Order #5 was returned in the mail with the notation that Petitioner has been paroled from the custody of the Nevada Department of Corrections.  Petitioner has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Plaintiff's failure to inform the Court of his current address.  The Clerk of the Court shall enter judgment accordingly.

    DATED this 1st day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE