AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

WILLIAM SHELBY BAKER,

     Petitioner,          JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER:  3:09-cv-00017-LRH-VPC

BUTTE COUNTY SUPERIOR COURT,

     Respondent.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's failure to inform the Court of his current address.

  April 2, 2009                                **LANCE S. WILSON**
                                                        Clerk

                                                   /s/ Kalani Lizares
                                                    Deputy Clerk